# CILENTI & COOPER, PLLC
### ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

January 8, 2024

**BY ECF**



Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Juarez-Ramos v. Bajaj Food Corp., et al.*
              <u>Case No. 23-CV-2347 (KPF) (OTW)</u>

Dear Judge Failla,

      We are counsel to the plaintiff in the above-referenced matter. An initial pretrial conference is scheduled for January 12, 2024, at 12:00 p.m. In light of the fact that the parties were able to mutually agree to a discovery plan and do not have any specific issues to raise before the Court, please accept this letter, at the Court's recommendation, as the parties' joint request to adjourn the conference *sine die*.

      No prior request for similar relief has been made, and no other dates would be affected. We thank the Court for considering this application.

                                        Respectfully submitted,

                                        <u>/s/ *Justin Cilenti*</u>
                                        Justin Cilenti

cc: Stephen D. Hans, Esq. (by ECF)

```
Application GRANTED.  The Initial Pre-Trial Conference in this matter
is hereby ADJOURNED sine die.  The Court will endorse the parties'
proposed case management plan in a separate order.

The Clerk of the Court is directed to terminate the pending motion at
docket number 21.
                                                    SO ORDERED.

Dated:     January 8, 2024
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE