# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

August 16, 2024

**BY ECF**

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



    *Re:*   *Juarez-Ramos v. Bajaj Food Corp., et al.*
       *Case No. 23-CV-2347 (KPF) (OTW)*

Dear Judge Failla,

  We are counsel to the plaintiff in the above-referenced Fair Labor Standards Act matter. On July 24, 2024, the Court entered an Order of Discontinuance without prejudice to restore the action to the active calendar within thirty days if the settlement reached between the parties was not consummated.

  As the parties continue to finalize completion of their settlement papers for judicial review and approval, coupled with various scheduling conflicts, please accept this letter as the parties' joint application for a fourteen (14) day extension of the date upon which to submit their settlement papers or, albeit unlikely, request restoration of action – until September 6, 2024.

  We thank the Court for considering this application.

            Yours sincerely,

            */s/ Justin Cilenti*
            Justin Cilenti

cc: Stephen D. Hans, Esq. (by ECF)

Application GRANTED.  The parties shall finalize settlement papers on or before **September 6, 2024,** for judicial review and approval.

The Clerk of Court is directed to terminate the pending motion at docket number 30.

| | |
|---|---|
| Dated:    August 19, 2024<br>          New York, New York | SO ORDERED.<br><br>*Katherine Polk Failla*<br><br>HON. KATHERINE POLK FAILLA<br>UNITED STATES DISTRICT JUDGE |